UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


CHARLES RANDALL

    v.                                CA 13-652 ML

A.T. WALL, et al.


## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's objection to a Report and Recommendation issued by Magistrate Judge Almond on March 24, 2014 (Docket #8). This Court has reviewed the Report and Recommendation and the objection.

This Court agrees with Magistrate Judge Almond's conclusion that the Petition raises issues that remain unexhausted. For that reason, it must be, and it is hereby DISMISSED.


SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
United States District Judge
April 30, 2014